# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-835

**Caption [use short title]**

**Motion for:** Unopposed 7 day extension of time for filing Petition for Rehearing and Rehearing en Banc

Set forth below precise, complete statement of relief sought:

Appellant seeks an unopposed 7 day extension of time for filing a Petition for Rehearing and Rehearing en Banc from August 14, 2025 to August 21, 2025. This is the first request for an extension of time for this filing and no further extension request is anticipated

USA v. Orena

**MOVING PARTY:** Victor J. Orena  **OPPOSING PARTY:** USA

☐ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** David I. Schoen  **OPPOSING ATTORNEY:** AUSA Nicholas Moscow, Esq.

[name of attorney, with firm, address, phone number and e-mail]

David I. Schoen, Attorney at Law | U.S. Attorney's Office (EDNY) 271-A Cadman Plaza East
2800 Zelda Road, Suite 100-6, Montgomery, AL 36106 | Brooklyn, NY 11201
334-395-6611; Schoenlawfirm@gmail.com | (718) 254-6212; Nicholas.Moscow@usdoj.gov

**Court- Judge/ Agency appealed from:** Judge Eric Komitee (EDNY)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ David I. Schoen  **Date:** 8/12/2025  Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Appellee, | ) | Docket No. 24-835 |
| v. | ) | |
| VICTOR J. ORENA, | ) | |
| Appellant. | ) | |

### APPELLANT VICTOR J. ORENA'S UNOPPOSED MOTION FOR SEVEN (7) DAY EXTENSION OF TIME TO FILE A PETITION FOR REHEARING AND REHEARING EN BANC

The undersigned, David I. Schoen, counsel of record in the above-captioned appeal, hereby affirms the following to be true to the best of my knowledge and belief, under penalty of perjury:

1. Pursuant to Rules 26, 27, and 40 of the Federal Rules of Appellate Procedure and Local Rule 40.1 of the Local Rules of this Court, Appellant, VICTOR J. ORENA, with the consent of opposing counsel, has filed a motion, contemporaneously with the filing of this Affirmation and using the Court's official Motion Information Statement (Form T-1080), seeking a seven (7) day extension of time for filing a Petition for Rehearing and for Rehearing En Banc due to completely unforeseeable extraordinary circumstances.

2. On July 31, 2025, decision in this case affirming the lower court. That made

the deadline currently set for a petition for rehearing and rehearing en banc to be filed in this Court August 14, 2025. I seek to have that date extended by seven (7) days to August 21, 2025, with the government's consent.

3. There are several issues I believe to be fully appropriate and necessary to raise in a petition for rehearing and for rehearing en banc, consistent with the criteria for such motions under the Federal Rules of Appellate Procedure and this Court's Local Rules. I believe the Court has misapprehended certain material factual issues, has misapplied the law and that the decision is irreconcilable with two decisions from the United States Supreme Court, and with authority from this Court.

4. Ordinarily, the period of time allocated under the Rules would have been adequate for me to be able to file a motion for rehearing and rehearing en banc within that time period and I have worked diligently to prepare the petition for rehearing and for rehearing en banc since the decision in this case was entered. However, orders issued by other courts in a series of complicated cases for which I have primary responsibility were issued recently and require filings during this same time period and I have oral argument in a complex case in California. Yesterday, I learned that, due to pressing circumstances, I would have to travel to New York and New Jersey today on a case and have done so.

2

5. Additionally, I was just advised today that the printer I use for the printing, filing, production of hard copies, and service of the same is on vacation until next week.

6. The issues and consequences in this case are significant and are vitally important to this 90 year old Appellant, who I am representing on a *pro bono* basis and are significant beyond this case.

7. I have consulted with government counsel and am authorized to represent to the Court that government counsel has no objection to this extension request and will not be filing a response to it.

8. No party will be prejudiced by giving this brief extension of time and, respectfully, the issues involved and consequences of the decision, as well as the circumstances specifically related to scheduling as described herein constitute good cause and, indeed, extraordinary and unforeseeable circumstances that call for the granting the requested relief.

9. I do not plan to move for any additional extension of time beyond this single seven (7) day request.

## **CONCLUSION**

Based on the foregoing reasons, which I respectfully submit constitute good cause, including the facts that (1) the motion seeks only a brief seven (7) day

extension, (2) opposing counsel consents to the requested extension, (3) the constitutional issues in this case are significant and the issues to be raised for rehearing and rehearing en banc will satisfy the criteria for the same set forth in Rule 40 and the Local Rules, (4) the consequences in this case for Mr. Orena and his family, and (5) the motion is made through no fault of Mr. Orena's and will cause no prejudice to any party, I respectfully submit that the date for filing the motion for rehearing and for rehearing en banc should be extended seven (7) days from August 14, 2025 to August 21, 2025.

                Respectfully Submitted,

                 /s/ David I. Schoen
                David I. Schoen
          Counsel for Appellant Victor J. Orena

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2025, a true and correct copy of the foregoing Motion was served on all counsel of record by filing the same through this Court's ACMS system.

      /s/ David I. Schoen
      David I. Schoen

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: 917-941-7952; Fax: 917-591-7586
Email: DSchoen593@aol.com; Schoenlawfirm@gmail.com
Counsel for Appellant Victor J. Orena

**CERTIFICATION OF COMPLIANCE**

I hereby certify that the foregoing complies with the permitted word count. It is a total of 680 words, according to the count performed by the WordPerfect word processing program.

      /s/ David I. Schoen
      David I. Schoen