# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand twenty-five.

_____

United States of America,

    Appellee,

v.

Victor J. Orena, AKA Victor J. Orena, AKA Little Vic, Michael Sessa,

    Defendants-Appellants,

Pasquale Amato, Carmine Sessa, Lawrence A. Fiorenza, Lawrence Mazza, Joseph Russo, AKA Jo Jo, Anthony Russo, AKA Chuckie, Robert Zambardi, AKA Bobby Zam, Joseph Montelone, Sr., AKA Joe Monte, Sr., Alphonse Persico, AKA Allie Boy, Joseph Tomasello, AKA Joe T, Theodore Persico, AKA Teddy, Richard Fusco, AKA Richie, James Delmastro, AKA James Delmastro,

    Defendants.

_____

**ORDER**

Docket Nos. 23-7133(L), 24-835(Con)

Appellant Victor J. Orena moves for an extension of time to August 21, 2025 to file a petition for rehearing or rehearing en banc.

IT IS HEREBY ORDERED that the motion is DENIED as unnecessary. Appellant Orena's deadline to file a petition for rehearing or rehearing en banc is September 15, 2025. See Local Rule 40.1(b).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

